| | |
|---|---|
| Law Office of Mark McClure, P.S.<br>1103 W Meeker St, Ste 101<br>Kent, WA 98032<br>(253) 631-6484<br>mark@mcclurelawgroup.com | Hon. Mary Jo Heston<br>CHAPTER 13<br>Hearing Date: June 12, 2025<br>Hearing Time: 9:00 AM<br>Response Date: June 5, 2025 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON TACOMA

| | |
|---|---|
| In re<br><br>Michael Ray Cox, Sarah Lacey Cox<br>Debtors, | Case No: 25-40406-MJH<br><br>NOTICE AND MOTION TO AVOID FINANCIAL ASSISTANCE, INC.'S JUDICIAL LIEN AGAINST RESIDENTIAL PROPERTY ONLY WITH PROOF OF SERVICE |

# I NOTICE

**PLEASE TAKE NOTICE OF FOREGOING DEBTOR'S MOTION SET AS FOLLOWS:**

JUDGE: Mary Jo Heston; COURTROOM: H           TIME: 9:00 AM

PLACE: Tacoma, WA,                            DATE: June 12, 2025

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the Bankruptcy Court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is June 5, 2025. If you file a response you are also required to appear at the hearing.

**IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.**

| | |
|---|---|
| NOTICE AND MOTION TO AVOID FINANCIAL ASSISTANCE, INC.'S JUDICIAL LIEN AGAINST RESIDENTIAL PROPERTY ONLY WITH PROOF OF SERVICE  -- 4 | Law Office of Mark McClure, P.S.<br>1103 W. Meeker Street, Suite 101<br>Kent, WA 98032<br>(253) 631-6484 |

z:\legal ii\2024\bankruptcy\cox, michael and sarah\motions\motions to avoid judicial liens\2025_05_01 mot avoid judicial lien rev 2024.docx

## II. Motion

Debtors, Michael Ray Cox and Sarah Lacey Cox, commenced this case on February 25, 2025 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code.

Pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 522(f), this court has jurisdiction over this motion to avoid a judicial lien(s) held by FINANCIAL ASSISTANCE, INC. against Debtors' real property identified below.

FINANCIAL ASSISTANCE, INC. ("Creditor") obtained a Default Judgment in the King County Superior Court under case number 23-2-15367-7 KNT on September 26, 2023. See Attached hereto as **Exhibit A**.

Debtors own and have a homestead interest in real property situated in PIERCE County with the address of 2606 16th Ave Ct SW, Puyallup, WA 98371 and legally described as:

Property Tax Parcel number: 6021350650

LOT 65 OF ORCHARD HILL DIVISION TWO, ACCORDING TO PLAT RECORDED AUGUST 11, 1994 UNDER RECORDING NO. 9408110394, IN PIERCE COUNTY, WASHINGTON

The forgoing real estate is hereinafter referred to as the "subject real estate."

Subject real estate is encumbered by a first deed of trust serviced by Evergreen Home Loans in the amount of approximately 579,961.00. Additionally, subject real estate is encumbered by a second deed of trust serviced by Evergreen Home Loans in the amount of

NOTICE AND MOTION TO AVOID FINANCIAL ASSISTANCE, INC.'S JUDICIAL LIEN AGAINST RESIDENTIAL PROPERTY ONLY WITH PROOF OF SERVICE -- 4

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2024\bankruptcy\cox, michael and sarah\motions\motions to avoid judicial liens\2025_05_01 mot avoid judicial lien rev 2024.docx

Case 25-40406-MJH    Doc 18    Filed 05/01/25    Ent. 05/01/25 15:26:33    Pg. 2 of 5

approximately $573,062.05. See Declaration in Support of Motion for Relief from Stay filed by Evergreen Home Loans filed on April 25, 2025 (ECF No. 16).

The Debtors reviewed the estimated value of the subject real estate on Zillow.com on or about January 9, 2025 indicating that the value of the subject Real Estate was approximately $1,100,000.00. See Schedule A of Voluntary Petition signed by Debtors under penalty of perjury and filed on February 25, 2025 (ECF No. 1).

The Debtors' interest in the property referred to in this motion and encumbered by this lien has been claimed as fully exempt in the Debtors' bankruptcy case pursuant to RCW 6.13.030 in the amount of 100% Fair Market Value up to applicable limits in an allocated amount of $567,800. See Schedule C of Voluntary Petition signed by Debtors under penalty of perjury and filed on February 25, 2025 (ECF No. 1).

The value of the debtor(s)'s real property as of the date that the order for relief was entered and the existence of the creditor's lien on the debtor(s)' real property impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. Section 522(f) as reasoned in the 9th Circuit case: In Re Chiu 266 B.R. 743 (9 Cir BAP 2001) aff'd 304 F.3d 905 (9 Cir 2002).

The following table calculates the amount available to the judgment creditor:

| | |
|---|---|
| Value | $ 1,100,000.00 |
| Less 1st Mtg | $ (573,062.05) |
| Less Homestead | $ (567,800.00) |
| Net Non-Exempt | $ (40,862.05) |

NOTICE AND MOTION TO AVOID FINANCIAL ASSISTANCE, INC.'S JUDICIAL LIEN AGAINST RESIDENTIAL PROPERTY ONLY WITH PROOF OF SERVICE -- 4

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2024\bankruptcy\cox, michael and sarah\motions\motions to avoid judicial liens\2025_05_01 mot avoid judicial lien rev 2024.docx

Case 25-40406-MJH    Doc 18    Filed 05/01/25    Ent. 05/01/25 15:26:33    Pg. 3 of 5

In this case, Creditor's judgment lien impairs the Debtors' properly claimed homestead.

WHEREFORE, Debtors pray for an Order against FINANCIAL ASSISTANCE, INC. avoiding the lien held by Creditor against the <u>subject real estate</u>, and for such additional or alternative relief as may be deemed just and proper.

DATED: May 01, 2025.

/s/ Mark C McClure
Mark C. McClure, WSBA # 24393
Attorney for Debtor(s)

NOTICE AND MOTION TO AVOID FINANCIAL ASSISTANCE, INC.'S JUDICIAL LIEN AGAINST RESIDENTIAL PROPERTY ONLY WITH PROOF OF SERVICE -- 4

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2024\bankruptcy\cox, michael and sarah\motions\motions to avoid judicial liens\2025_05_01 mot avoid judicial lien rev 2024.docx

Case 25-40406-MJH    Doc 18    Filed 05/01/25    Ent. 05/01/25 15:26:33    Pg. 4 of 5

## III. Proof of Service

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court at Seattle and served a true copy thereof on debtor and individuals named below on May 1, 2025, by mailing via regular U.S. mail and or Certified mail (return receipt requested) as indicated below to said individuals copies thereof, contained in sealed envelopes, with postage prepaid, addressed to said individuals at said individuals' last known addresses as set forth below and deposited in the US Mail at Kent, Washington.

| Via ECF Notice to: | Via USPS Certified Mail, postage prepaid, return receipt requested: | Via 1st Class Mail to: |
|---|---|---|
| Honorable Judge: Christopher M. Alston<br><br>Chapter 7 Trustee:<br>Mark Waldron<br>6711 Regents Boulevard West<br>Ste B<br>Tacoma, WA 98466<br><br>All ECF Enabled Creditors | | FINANCIAL ASSISTANCE, INC.<br>c/o CELLA HECKMAN<br>24624 132ND ST SE<br>MONROE, WA, 98272-9633<br><br>FINANCIAL ASSISTANCE, INC<br>c/o CELLA HECKMAN<br>24624 132ND ST SE<br>MONROE, WA, 98272-9633<br><br>Retacco Law Offices<br>Attn: Wendy Elizabeth Retacco<br>30640 Pacific Hwy S Ste C1<br>Federal Way, WA 98003-4889<br><br>Evergreen Home Loans<br>PO Box 3969<br>Seattle, WA 98124 |

Dated May 1, 2025

/s/ *Mark C. McClure*
Mark C. McClure

NOTICE AND MOTION TO AVOID FINANCIAL ASSISTANCE, INC.'S JUDICIAL LIEN AGAINST RESIDENTIAL PROPERTY ONLY WITH PROOF OF SERVICE -- 4

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2024\bankruptcy\cox, michael and sarah\motions\motions to avoid judicial liens\2025_05_01 mot avoid judicial lien rev 2024.docx