UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

Michael Ray Cox, Sarah Lacey Cox
Debtor,

Case No: 25-40406-MJH

DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN ON RESIDENTIAL PROPERTY

I, Michael Ray Cox, declareS as follows:

1. I am over the age of eighteen (18) and am competent to testify based upon personal knowledge to the matters stated herein.

2. I am a Debtor in the above entitled case and my wife is the Joint Debtor.

3. The case was filed on October 30, 2023.

4. At the time we filed, I reviewed the estimated value of my home on Zillow.com, which indicated that my home's value is $1,100,000.

5. At the time we filed our bankruptcy, we owed approximately $570,000 on a first mortgage serviced by Evergreen Home Loans. It is my understanding based upon a motion for relief from stay that the amount is closer to $573,000 now.

6. I purchased my home in 2017 and am aware of what similar properties in the area have sold for recently. The value from Zillow is what I would expect my home to sell for at this time.

I declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated 05 / 01 / 2025
At: Puyallup, Washington.

*Michael R Cox*
Michael Ray Cox

DECLARATION IN SUPPORT OF MOTION TO AVOID LIEN ON RESIDENTIAL PROPERTY - 1

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2024\bankruptcy\cox, michael and sarah\motions\motions to avoid judicial liens\2025_05_01 mot avoid judicial lien rev 2024.docx

 Audit trail

| | |
|---|---|
| Title | Declaration |
| File name | Declaration.pdf |
| Document ID | 982baa68a7838b661fe3f39f8b0048a530e58d80 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT**    **05 / 01 / 2025**    14:22:13 UTC-7    Sent for signature to Michael Ray Cox (michaelcox86@gmail.com) from mark@mcclurelawgroup.com
IP: 2600:100f:a022:2e7d:156a:9c2d:8065:19f0

**VIEWED**    **05 / 01 / 2025**    14:54:28 UTC-7    Viewed by Michael Ray Cox (michaelcox86@gmail.com)
IP: 73.35.128.21

**SIGNED**    **05 / 01 / 2025**    14:58:18 UTC-7    Signed by Michael Ray Cox (michaelcox86@gmail.com)
IP: 73.35.128.21

**COMPLETED**    **05 / 01 / 2025**    14:58:18 UTC-7    The document has been completed.

Powered by Dropbox Sign